IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FAMILY-PITTSBURGH PHASE I, LP
doing business as
Heritage Station Family Apartments,

  Plaintiff,

v.

CIVIL ACTION FILE
NO. 1:18-CV-1534-TWT

TYKERIA HARRISON
AND ALL OTHERS,

  Defendant.

## ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Fulton County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Fulton County.

SO ORDERED, this 14 day of May, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\18\Family-Pittsburgh Phase I, LP\r&r.wpd